BULLIVANT HOUSER BAILEY PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930
Facsimile: 206.386.5130

THE HONORABLE STANLEY A. BASTIAN

Attorneys for Plaintiff Berkley
Assurance Company

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INLAND WASHINGTON, LLC; and RS CONSTRUCTION & EXCAVATION, INC.,<br><br>Defendants. | No.: 2:18-cv-00176-SAB<br><br>STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE |

### **STIPULATION**

Plaintiff Berkley Assurance Company ("Berkley") and Defendant Inland Washington, LLC ("Inland") (collectively, the "Parties") stipulate that Berkley's claim for declaratory relief and Inland's counterclaims, including but not limited to all contractual and extra-contractual claims, are fully compromised and should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

IT IS SO ORDERED this ___ day of March 2019.

_____
THE HONORABLE STANLEY A. BASTIAN

Submitted by:

BULLIVANT HOUSER BAILEY, PC

By   /s/ *Daniel R. Bentson*
     Daniel R. Bentson, WSBA #36825
     E-mail: dan.bentson@bullivant.com
     1700 Seventh Avenue, Suite 1810
     Seattle, WA 98101
     206.292.8930

Attorneys for Plaintiff Berkley Assurance Company


LAW OFFICE OF JOHN H. GUIN, PLLC

By   /s/ *John H. Guin*
     John H. Guin, WSBA #26794
     E-mail: john@guinlaw.com
     601 West 1st Ave., Suite 1400
     Spokane, WA 99201
     509.570.7455

Attorney for Defendant Inland Washington, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to the persons listed below:

John H. Guin
LAW OFFICE OF JOHN H. GUIN, PLLC
601 West 1st Ave., Suite 1400
Spokane, WA 99201
Telephone: (509) 570-7455
Facsimile: (509) 570-7401
Email: john@guinlaw.com

*Attorney for Defendant Inland Washington, LLC*

Dated: March 28, 2019.

                                           /s/ Genevieve Schmidt
                                    Genevieve Schmidt, Legal Assistant

4816-3814-9775.1