FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>INLAND WASHINGTON, LLC; and RS CONSTRUCTION & EXCAVATION, INC.,<br><br>    Defendants. | No. 2:18-cv-00176-SAB<br><br>**ORDER RE: DISMISSAL** |

    The Court held a teleconference in this matter on May 2, 2019. Daniel Benson appeared on behalf of Plaintiff and John Guin appeared on behalf of Defendant Inland Washington, LLC (Inland). Pending before the Court was the parties' Stipulated Motion to Dismiss All Claims With Prejudice, ECF No. 21.

    Plaintiff and Defendant Inland stipulated that Plaintiff's claim for declaratory relief and Inland's counterclaims, including but not limited to all contractual and extra-contractual claims, are fully compromised and should be dismissed with prejudice and without an award of costs or fees to any party. During the teleconference, Plaintiff clarified that its claims against Defendant RS Construction & Excavation Inc. should also be dismissed. Accordingly, the Court

**ORDER RE: DISMISSAL ^ 1**

finds good cause to grant the parties' stipulated motion, dismiss the above-captioned matter, and close the file.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss All Claims With Prejudice, ECF No. 21, is **GRANTED**.

2. Plaintiff's claim for declaratory relief and Defendant Inland's counterclaims, including but not limited to all contractual and extra-contractual claims, shall be **dismissed with prejudice** and without an award of costs or fees to any party.

3. Plaintiff's claims against Defendant RS Construction & Excavation Inc. shall be **dismissed with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 2nd day of May 2019.



Stanley A. Bastian
United States District Judge

**ORDER RE: DISMISSAL ^ 2**